UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CAUSE NO. 3:07-CR-128 (2) RM |
| ) | |
| FREDERICK CAMPBELL (2) ) | |
| AKA MICHAEL MCCOY ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on January 22, 2008 [Doc. No. 34]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Frederick Campbell's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 472 and 2.

SO ORDERED.

ENTERED:   February 11, 2008

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court